# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PATRICIA WILLIAMS ON BEHALF
OF BRANDON CHAMBLESS

NO.  2019 CW 0520

VERSUS

**SEP 0 3 2019**

OMAR WILMER FLORES

---

In Re:    Omar Wilmer Flores, applying for supervisory writs,
          21st Judicial District Court, Parish of Tangipahoa,
          No. 2016-0002731.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT